JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN KARAPETYAN, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware Corporation; LAD-P, LLC, a California Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-09450-TJH (Ex)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [17]**<br><br>Complaint Filed: September 26, 2024<br>Removal Date: October 31, 2024 |

///

///

///

///

///

///

///

///

///

-1-

## ORDER

The Court, having considered the signed stipulation of Dismissal with Prejudice and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

The action shall be dismissed with prejudice.

**IT IS HEREBY ORDERED.**

DATED: March 20, 2026

HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

-2-